# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---:|:---|
| **Debtor:** | ALBERT G & PATRICIA R GARZA |
| **Case Number:** | 2:08-BK-00365-CGC  **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 10, 2009 01:30 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | AIDA URBALEJO |

## Matter:

MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY AT 5644 N. 72ND DR. GLENDALE, AZ 85303 FILED BY MARK 2 BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF C/O MARK S. BOSCO U.S. BANK, N.A., IT'S SUCCESSORS AND/OR ASSIGNS .

**R / M #:** 27 / 0

## Appearances:

MARK WESBROOKS, ATTORNEY FOR ALBERT G GARZA, PATRICIA R GARZA
LEONARD MCDONALD, ATTORNEY FOR US BANK

## Proceedings:

MR. WESBROOKS ADVISES HE IS UNABLE TO CONTACT HIS CLIENT AS HIS TELEPHONE HAS BEEN DISCONNECTED.

MR. MCDONALD ADVISES DEBTOR IS 2 MONTHS DELINQUENT AND HIS CLIENT HAS AGREED TO GIVE DEBTOR 2 WEEKS TO RETURN THE PROPOSED STIPULATION AND FAILING THAT HE BE ALLOWED TO UPLOAD THE ORDER FOR THE COURT TO SIGN.

COURT: SO ORDERED.