SO ORDERED.

Dated: December 03, 2009

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-02699 / 9900132289

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Albert G. Garza and Patricia R. Garza<br>　　　　Debtors.<br>_____<br>U.S. Bank, N.A., it's Successors and/or Assigns<br><br>　　　　Movant,<br>　vs.<br><br>Albert G. Garza and Patricia R. Garza, Debtors;<br>Russell A. Brown, Trustee.<br><br>　　　　Respondents. | No. 2:08-bk-00365-CGC<br><br>Chapter 13<br><br>EXPARTE ORDER TERMINATING THE AUTOMATIC STAY FOR FAILURE TO CURE PURSUANT TO THE TERMS OF THE ADEQUATE PROTECTION ORDER |

　　　Pursuant to the Order entered on October 7, 2009, attached hereto as Exhibit "A", and by this reference incorporated herein, the above-referenced Debtors; were obligated to make specified payments which they have failed to make.

　　　The Debtors have failed to comply thereby necessitating a written Notice of Default. Attached hereto as Exhibit "B" is a copy of the Notice of Default.

Based on the failure to cure the contractual agreement of the parties, the prior court order and good cause appearing:

IT IS HEREBY ORDERED that the Automatic Stay is the above-entitle Bankruptcy case is immediately extinguished for all purposes as to Secured Creditor, U.S. Bank, N.A., it's Successors and/or Assigns and U.S. Bank, N.A., it's Successors and/or Assigns may exercise whatever state law or contractual rights it may have regarding the property generallydescribed as: 5644 N. 72nd Dr. Glendale, AZ 85303 ("Property" herein) and legally described as:

LOT 321, SKYVIEW WEST UNIT THREE, A SUBDIVISION RECORDED IN BOOK 147 OF MAPS, PAGE 20, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED U.S. Bank, N.A., it's Successors and/or Assigns and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that all conditions of the adequate protection order regarding conversions are binding and are hereby affirmed in this Order as well.

DATED this \_\_\_\_\_ day of _____, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE

SO ORDERED.

Dated: October 07, 2009

*signature*
CHARLES G. CASE, II
U.S. Bankruptcy Judge

1 TIFFANY & BOSCO
P.A.
2 2525 E. CAMELBACK ROAD
SUITE 300
3 PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
4 FACSIMILE: (602) 255-0192

5 Mark S. Bosco
State Bar No. 010167
6 Leonard J. McDonald
State Bar No. 014228
7 Attorneys for Movant

8 08-02699/9900132289

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

IN RE:

Albert G. Garza and Patricia R. Garza
Debtors.

U.S. Bank, N.A., it's Successors and/or Assigns

Movant,

vs.

Albert G. Garza and Patricia R. Garza, Debtors;
Russell A. Brown, Trustee.

Respondents.

No. 2:08-bk-00365-CGC

Chapter 13

(Related to Docket # 27)

**ORDER REGARDING
MOTION FOR RELIEF**

RE: Real Property located at
5644 North 72nd Drive
Glendale, AZ 85303

IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned, that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated with respect to the real property which is the subject of the Deed of Trust recorded in the records of the Maricopa County, Arizona Recorder's Office, wherein Albert G. Garza and Patricia R.


EXHIBIT A

Garza, are designated as trustors and U.S. Bank, N.A., it's Successors and/or Assigns is the current beneficiary, which Deed of Trust encumbers the following described real property:

LOT 321, SKYVIEW WEST UNIT THREE, A SUBDIVISION RECORDED IN BOOK 147 OF MAPS, PAGE 20, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 1 - Monthly Payments at $1,046.86 (July 1, 2009) | $1,046.86 |
| 1 – Monthly Payment at $1,013.58 each (August 1, 2009) | $1,013.58 |
| 2 - Monthly Late Charges at $41.88 each (July 16, 2009 to August 16, 2009) | $ 83.76 |
| Post-Petition Inspection Fee | $ 60.00 |
| Bankruptcy Attorneys Fees | $ 400.00 |
| Less Debtor Suspense of | <$93.80> |
| Total Amount of Post-Petition Default | $2,510.40 |

1. The total arrearage above $2,510.40 shall be paid in six (6) monthly installments of $418.40. These payments shall be in addition to the regular monthly payment and shall be due on or before the 15th day of the month commencing with the September 15, 2009 payment and continuing throughout and concluding on or before February 15, 2010.

2. In addition to the payment listed in Paragraph 1, the Debtor will make the regular post-petition payment due for September 1, 2009 (Coming Due), which shall be made when due, and all subsequent payments shall be made when due.

IT IS FURTHER ORDERED that U.S. Bank, N.A., it's Successors and/or Assigns as the current beneficiary under the above described Deed of Trust, agrees not to conduct a Trustee's Sale or judicial

"foreclosure" on its Deed of Trust, so long as the terms of this Order are complied with. In the event of default in making any payments described herein Secured Creditor is permitted, in its discretion, to conduct a Trustee's Sale, judicial foreclosure, or take whatever other actions necessary to protect their interest in the above legally described property upon giving written notice of such default to Debtors, Debtors' Counsel and Trustee and Debtors' failure to cure such default within fifteen (15) days of the date of such notice. In the event said default is not cured within said fifteen (15) day period, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the Plan.

IT IS FURTHER ORDERED that if a default notice becomes necessary, Debtors will be charged $150.00 for fees and costs associated with handling the curing of the default, to be paid together with the defaulted payment and late charge. Debtors shall tender the default payment, late charge and the additional $150.00 fee for attorney's fees and costs, as set forth above, in the form of a <u>cashier's check or money order</u>, made payable to Movant. If the defaulted payments are not received by Movant, together with the late charge and the $150.00 default fee, within fifteen days after the default notice was sent, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the plan.

IT IS FURTHER ORDERED that if Debtor' Bankruptcy Case No. 2:08-bk-00365-CGC is dismissed, either voluntary or involuntary, for any reason, this Order will become null and void and U.S. Bank, N.A., it's Successors and/or Assigns, and after such dismissal, may, in its discretion, conduct a Trustee's Sale or judicial "foreclosure" on its Deed of Trust or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER ORDERED that in the event of conversion by the Debtor to any other bankruptcy chapter, the repayment portion of this Order shall become null and void, except that the

portion of this Order vacating the automatic stay under U.S. Bankruptcy Code Section 362 (a) shall remain in full force and effect.

IT IS FURTHER ORDERED that any hearings scheduled in the matter are vacated.

DATED this _____ day of _____ 2009.

_____
UNITED STATES BANKRUPTCY JUDGE

# Notice Recipients

District/Off: 0970−2   User: frazierl   Date Created: 10/8/2009
Case: 2:08−bk−00365−CGC   Form ID: pdf004   Total: 5

**Recipients of Notice of Electronic Filing:**
tr     RUSSELL BROWN
aty    MARK WESBROOKS    wesbrooksefax@gmail.com
aty    MARK 2 BOSCO    ecf@tblaw.com

                                                 TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     ALBERT G GARZA    5644 N 72ND DR    GLENDALE, AZ 85303
jdb    PATRICIA R GARZA    5644 N 72ND DR    GLENDALE, AZ 85303

                                                 TOTAL: 2

FORM ntentry

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

ALBERT G GARZA
5644 N 72ND DR
GLENDALE, AZ 85303
**SSAN:** xxx-xx-1320
**EIN:**

PATRICIA R GARZA
5644 N 72ND DR
GLENDALE, AZ 85303
**SSAN:** xxx-xx-2333
**EIN:**

Debtor(s)

Case No.: 2:08-bk-00365-CGC

Chapter: 13

## NOTICE OF ENTRY OF JUDGMENT OR ORDER

You are hereby notified that on October 8, 2009, this Court entered the enclosed judgment or order on the docket for the above-entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

**Date: October 8, 2009**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003-1727
Telephone number: (602) 682-4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Brian D. Karth**

## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0970-2 | User: frazierl | Date Created: 10/8/2009 |
| Case: 2:08-bk-00365-CGC | Form ID: ntcntry | Total: 5 |

**Recipients of Notice of Electronic Filing:**
tr    RUSSELL BROWN
aty  MARK WESBROOKS    wesbrooksefax@gmail.com
aty  MARK 2 BOSCO    ecf@tblaw.com

                                                                                                                          TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   ALBERT G GARZA    5644 N 72ND DR    GLENDALE, AZ 85303
jdb  PATRICIA R GARZA   5644 N 72ND DR    GLENDALE, AZ 85303

                                                                                                                          TOTAL: 2

**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-02699/9900132289

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Albert G. Garza and Patricia R. Garza<br>Debtors.<br><br>U.S. Bank, N.A., it's Successors and/or Assigns<br><br>Movant,<br>vs.<br><br>Albert G. Garza and Patricia R. Garza, Debtors;<br>Russell A. Brown, Trustee.<br><br>Respondents. | No. 2:08-bk-00365-CGC<br><br>Chapter 13<br><br>NOTICE OF DEFAULT<br><br>RE: Real Property Located at<br>5644 N. 72nd Dr.<br>Glendale, AZ 85303 |

  U.S. Bank, N.A., it's Successors and/or Assigns secured creditor, (hereinafter referred to as "Secured Creditor"), by its attorneys TIFFANY & BOSCO, P.A., hereby files this Notice of Default in the above-captioned case, and avers as follows:

  1. An Order was entered on October 7, 2009 which provides for the lifting of the stay imposed by Section 362(a) of the U.S. Bankruptcy Code with respect to that certain Deed of Trust

recorded in the records of the MaricopaCounty, Arizona Recorder's Office, which encumbers the following real property:

> LOT 321, SKYVIEW WEST UNIT THREE, A SUBDIVISION RECORDED IN BOOK 147 OF MAPS, PAGE 20, RECORDS OF MARICOPA COUNTY, ARIZONA.

A Copy of said Order is attached hereto as Exhibit "A".

2. As of the date of this Notice of Default, the Debtors have not made the payments as required by the aforementioned Order. The Debtors are presently past due as follows:

| | |
|---|---:|
| 1 Monthly Payments(s) at $1,013.58 (September 1, 2009) | $1,013.58 |
| 1 Late Charge(s) at $40.54 (September 16, 2009) | $40.54 |
| 1 APOPayments(s) at $418.40 (September 15, 2009) | $418.40 |
| 1 Monthly Payments(s) at $1,013.58 (October 1, 2009) | $1,013.58 |
| 1 Late Charge(s) at $40.54 (October 16, 2009) | $40.54 |
| 1 APO Payments(s) at $418.40 (October 15, 2009) | $418.40 |
| 1 Monthly Payments(s) at $1,013.58 (November 1, 2009 - November 1, 2009) | $1,013.58 |
| Attorneys Fees | $150.00 |
| Total | $4,108.62 |

**PARTIAL TENDERS WILL NOT BE ACCEPTED**

4. Notice is hereby given to the Bankruptcy Court, Debtors, counsel for Debtors, and Trustee, that unless debtor' default under the terms of the Stipulation and Order is cured not later than fifteen (15) days from date of this Notice, that Movant will proceed, pursuant to the Court's Order lifting the stay, to conduct a Trustee's Sale or mortgage foreclosure, in its discretion, with respect to the above-

…

…

…

described Deed of Trust.

DATED this 6th day of November, 2009.

TIFFANY & BOSCO, P.A.

By /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
2525 East Camelback Road
Suite 300
Phoenix, Arizona 850165
Attorneys for Movant

*If the Debtor cures the default prior to the date of expiration this amount may be different.